Rayminh L. Ngo, Esq.,
EDNY#4834
HIGBEE & ASSOCIATES (Of Counsel)
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile
ngo@higbeeassociates.com
*Counsel for Plaintiff,*
CHRISTOPHER SADOWSKI

Richard Samuel Ortiz, Esq.
EDNY Bar No. RO0824
Law Office of Richard Samuel Ortiz
90-17 214 Street
Queens Village, NY 11428
(347) 299-6213
(718) 928-2216
Richardsamuel@ortizlawpractice.com
*Counsel for Defendant*,
SAMUEL GONZALEZ d/b/a THE LAST TRADITION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTOPHER SADOWSKI,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SAMUEL GONZALEZ d/b/a THE LAST TRADITION; and DOES 1 through 10 inclusive,<br><br>　　　　　　Defendants. | Case No. 1:18-cv-05053-ENV-LB<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their

1

respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant Samuel Gonzalez d/b/a The Last Tradition pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: November 5, 2018                Respectfully submitted,

**/s/ Rayminh L. Ngo**
Rayminh L. Ngo, Esq.,
EDNY #RN4834
HIGBEE & ASSOCIATES (Of Counsel)
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6729 facsimile
rngo@higbeeassociates.com
*Counsel for Plaintiff,*

Dated: November 5, 2018                Respectfully submitted,

**/s/ Richard Samuel Ortiz**
Richard Samuel Ortiz, Esq.
EDNY Bar No. RO0824
Law Office of Richard Samuel Ortiz
90-17 214 Street
Queens Village, NY 11428
(347) 299-6213
(718) 928-2216
Richardsamuel@ortizlawpractice.com
*Counsel for Defendant*